UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| RICKY D. TERRY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO.: 1:17-CV-440-TLS |
| ) | |
| JENNIFER CALHOUN, DWIGHT ) | |
| MILLER, and SAMANTHA ) | |
| HAMMOND, ) | |
| ) | |
| Defendants. ) | |

## OPINION AND ORDER

Ricky D. Terry, a plaintiff proceeding pro se, filed a Complaint [ECF No. 1] against the Defendants, Jennifer Calhoun, Dwight Miller, and Samantha Hammond. He also filed a Motion for Leave to Proceed in Forma Pauperis [ECF No. 2]. For the reasons set forth below, the Plaintiff's Motion is DENIED. The Plaintiff may proceed upon filing the statutory filing fee.

## DISCUSSION

Ordinarily, a plaintiff must pay a statutory filing fee to bring an action in federal court. 28 U.S.C. § 1914(a). However, the federal in forma pauperis ("IFP") statute, 28 U.S.C. § 1915, provides indigent litigants an opportunity for meaningful access to the federal courts despite their inability to pay the costs and fees associated with that access. *See Neitzke v. Williams*, 490 U.S. 319 (1989). To authorize a litigant to proceed IFP, a court must make two determinations: first, whether the litigant is unable to pay the costs of commencing the action, § 1915(a)(1); and second, whether the action is frivolous or malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief against a defendant who is immune from such relief, § 1915(e)(2)(B).

To begin, an indigent party may commence an action in federal court, without prepayment of costs and fees, upon submission of an affidavit asserting an inability "to pay such fees or give security therefor." *Id.* § 1915(a)(1). Here, the Plaintiff's affidavit indicates that he is able to pay the statutory filing fees. The Plaintiff and his spouse earn a combined $4,500 per month in monthly pre-tax income and support three children under the age of eighteen in their household. The Plaintiff's yearly household income falls outside the 2017 Department of Health and Human Services poverty guidelines for a five-person household. HHS Poverty Guidelines, 82 Fed. Reg. 8831-32 (January 31, 2017) (listing $28,780 as five-person household poverty guideline). Based on the overall income of the Plaintiff's household, the Court finds that the Plaintiff could pay the fee and he and his household would still be able to afford the necessities of life. As such, the statutory filing fee must be paid if the Plaintiff wishes to proceed.

## CONCLUSION

For the foregoing reasons, the Court DENIES the Plaintiff's Motion for Leave to Proceed in forma pauperis [ECF No. 2]. The Plaintiff may proceed upon submitting the statutory filing fee. The Court GRANTS the Plaintiff until November 30, 2017, to pay the filing fee and CAUTIONS the Plaintiff that if he does not respond by that date, this case will be dismissed without further notice for non-payment of the filing fee.

SO ORDERED on November 2, 2017.

    s/ Theresa L. Springmann
CHIEF JUDGE THERESA L. SPRINGMANN
UNITED STATES DISTRICT COURT